IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT D'AGOSTINI, individually and on behalf of all others similarly situated,<br>　　　　　　　　　Plaintiff(s)<br>　v.<br>EMPRESS AMBULANCE SERVICE, LLC d/b/a EMPRESS EMS, a Delaware limited liability company; DOES 1 to 100, inclusive<br>　　　　　　　　　Defendant(s) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 7:22-CV-10122-KMK |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s)  ROBERT D'AGOSTINI   and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) EMPRESS AMBULANCE SERVICE, LLC d/b/a EMPRESS EMS .

Date: September 13, 2023

　　　　　　　　　　　　　　　　　　　s/ *Daniel A. Schlanger*
　　　　　　　　　　　　　　　　　　　Daniel A. Schlanger
　　　　　　　　　　　　　　　　　　　SCHLANGER LAW GROUP LLP
　　　　　　　　　　　　　　　　　　　80 Broad Street, Suite 1301
　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　T: 212-500-6114
　　　　　　　　　　　　　　　　　　　F: 646-612-7996
　　　　　　　　　　　　　　　　　　　E: dschlanger@consumerprotection.net

　　　　　　　　　　　　　　　　　　　s/ *Thiago M. Coelho*
　　　　　　　　　　　　　　　　　　　Thiago M. Coelho
　　　　　　　　　　　　　　　　　　　WILSHIRE LAW FIRM, PLC
　　　　　　　　　　　　　　　　　　　3055 Wilshire Blvd., 12th Floor
　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90010
　　　　　　　　　　　　　　　　　　　T: (213) 381-9988
　　　　　　　　　　　　　　　　　　　F: (213) 381-9989
　　　　　　　　　　　　　　　　　　　E: thiago@wilshirelawfirm.com

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff and the Putative Classes