IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ROBERT D'AGOSTINI, individually and on behalf of all others similarly situated,
          Plaintiff(s)

v.

EMPRESS AMBULANCE SERVICE, LLC d/b/a EMPRESS EMS, a Delaware limited liability company; DOES 1 to 100, inclusive

          Defendant(s)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 7:22-CV-10122-KMK

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) __ROBERT D'AGOSTINI__ and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) __EMPRESS AMBULANCE SERVICE, LLC d/b/a EMPRESS EMS__.

Date: September 13, 2023

So Ordered.
*[signature]*
9/21/23

s/ *Daniel A. Schlanger*
Daniel A. Schlanger
SCHLANGER LAW GROUP LLP
80 Broad Street, Suite 1301
New York, NY 10004
T: 212-500-6114
F: 646-612-7996
E: dschlanger@consumerprotection.net

s/ *Thiago M. Coelho*
Thiago M. Coelho
WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010
T: (213) 381-9988
F: (213) 381-9989
E: thiago@wilshirelawfirm.com

Attorneys for Plaintiff and the Putative Classes